# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DANYER ABAD RODRIGUEZ,<br>*Petitioner* | § § § | |
| v. | § § | Case No.  SA-26-CA-00993-XR |
| ROSE THOMPSON, WARDEN, KARNES COUNTY IMMIGRATION PROCESSING CENTER; MIGUEL VERGARA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; PAMELA BONDI, U.S. ATTORNEY GENERAL; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, DEPARTMENT OF HOMELAND SECURITY,<br>*Respondents* | § § § § § § § § § § § § § § § § § | |

## ORDER FOR SERVICE

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2).

It is hereby **ORDERED** that the Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), the Motion for Temporary Restraining Order (ECF No. 2), and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to

>Stephanie Rico, Civil Process Clerk
>U.S. Attorney's Office, Western District of Texas
>601 N.W. Loop 410, Suite 600
>San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), the Motion for Temporary Restraining Order (ECF No. 2), and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process. Service should be directed to

>Warden, Karnes County Immigration Processing Center
>409 FM 1144
>Karnes City, TX 78118

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 17th day of February, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE